# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Hammond Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Robert R Rossi Sr.<br>xxx−xx−0836<br>7429 Parrish Ave<br>Hammond, IN 46323<br><br>Debra L Rossi<br>xxx−xx−4474<br>7429 Parrish Ave<br>Hammond, IN 46323 | )<br>)<br>)<br>) Case Number: 15−21987−kl<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 13<br>) |

## NOTICE TO TRANSFEROR OF FILING OF TRANSFER OF CLAIM

To: Bayview Loan Servicing

You are hereby notified that on April 11, 2018, US Bank Trust N.A. filed a notice stating that a claim you hold (Claim No. 11), which was previously filed or deemed filed in this case, has been transferred or assigned to it.

Any objections to the transfer must be filed within 28 days of the date of this notice. If no objections are filed within the time required, the transferee will be substituted as the creditor in your place without further order. See, Fed. R. Bankr. P. Rule 3001.

Dated: April 11, 2018

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
5400 Federal Plaza
Hammond, Indiana 46320