# Notice Recipients

District/Off: 0755–2 | User: cag | Date Created: 4/11/2018
Case: 15–21987–kl | Form ID: 315 | Total: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Robert R Rossi, Sr. | 7429 Parrish Ave | Hammond, IN 46323 | | |
| jdb | Debra L Rossi | 7429 Parrish Ave | Hammond, IN 46323 | | |
| cr | US Bank Trust National Association, as Trustee of the SCIG Series III Trust | | c/o SN Servicing Corp. | 323 5th Street | Eureka, CA 95501 |
| 13981759 | Bayview Loan Servicing, LLC | 4425 Ponce De Leon Blvd. 5th Floor | Coral Gables, Florida 33146 | | |

TOTAL: 4